IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ANGELA CUMMINGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:22-CV-684-RAH |
| | ) | |
| WAYNE FARMS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On January 6, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 11.) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1. The Recommendation (Doc. 11) is ADOPTED.

2. This case is DISMISSED without prejudice.

DONE, on this the 1st day of February, 2023.

/s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE